**ARLINGTON INDUSTRIES, INC.,**
**Plaintiff–Cross Appellant,**

v.

**BRIDGEPORT FITTINGS, INC.,**
**Defendant–Appellant.**

Nos. 2010–1377, 2010–1400, 2010–1408.

United States Court of Appeals, Federal Circuit.

Sept. 6, 2012.

Kathryn L. Clune, Crowell & Moring, LLP, of Washington, DC, argued for plaintiff-cross appellant. With her on the brief were Vincent J. Galluzzo; and Scott L. Bittman and Jacob Z. Zambrzycki, of New York, NY. Of counsel on the brief were Carter G. Phillips and Eric A. Shumsky, Sidley Austin LLP, of Washington, DC. Of counsel was Lucy Grace D. Noyola, Crowell & Moring, LLP, of New York, NY.

Alan M. Anderson, Alan Anderson Law Firm, LLC, of Minneapolis, MN, argued for defendant-appellant. Of counsel on the brief were Greg Reilly, Morrison & Foerster, LLP, of San Diego, CA; and Deanne E. Maynard and Mark E. Ungerman, of Washington, DC. Of counsel was Marc A. Hearron, of Morrison & Foerster, LLP, of Washington, DC.

Before RADER, Chief Judge, PROST and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.